UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTOPHER NEDEAU and VICTOR SMITH,<br><br>        Plaintiffs,<br><br>    v.<br><br>MARI KATHARINE ARMSTRONG and BRYAN A. ARMSTRONG, wife and husband; and ADVENTURE CYCLING ASSOCIATION, a nonprofit organization,<br><br>        Defendants. | NO. CV-09-0189-EFS<br><br>**ORDER DISMISSING CASE AND CLOSING FILE** |

    On June 29, 2012, the parties filed a Stipulation and Order of Dismissal, ECF No. 141, in which they ask the Court to dismiss this matter with prejudice and without an award of costs or fees to either party.

    Based on the parties' stipulation, **IT IS HEREBY ORDERED**:

    1.  This matter is **DISMISSED with prejudice** and without an award of costs or fees to either party.

    2.  All pending motions are **DENIED as moot** and all pending trial and hearing dates are **STRICKEN**.

//

/

ORDER ~ 1

1      3.  This file shall be **CLOSED**

2      **IT IS SO ORDERED.**  The District Court Executive is directed to enter
3  this Order and provide a copy to counsel.
4      **DATED** this ___3rd___ day of July 2012.

```
                         S/ Edward F. Shea
                         EDWARD F. SHEA
                 Senior United States District Judge
```

Q:\Civil\2009\189.stip.dismiss.lc2.wpd

ORDER ~ 2